No. 409. Union Stock Yards Company of Omaha, Ltd. v. Mayhall & Neible, a copartnership, et al., etc. Error to the Supreme Court of the State of Nebraska. Motion to dismiss submitted May 7, 1923. Decided May 21, 1923. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of § 237 of the Judicial Code, as amended by the Act of September 6, 1916, c. 448, § 2, 39 Stat. 726; *Jett Bros. Distilling Co.* v. *Carrollton,*

252 U. S. 1, 5–6. *Mr. Norris Brown* and *Mr. Irving F. Baxter* for plaintiff in error. *Mr. A. A. McLaughlin, Mr. Francis A. Brogan, Mr. Alfred G. Ellick, Mr. Anon Raymond, Mr. Bruce Scott* and *Mr. Byron Clark* for defendants in error. [See *post,* 757.]